JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HAROLD L. COLLINS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE SECURITY, INC., AH SECURITY, INC., JASJIT GOTRA, LEON SHACKLEFORD, JAKE MURRAY, BRIAN FABIONA, RYAN JAY NEWCOMER, MONITRONICS SECURITY LP, and MONITRONICS INTERNATIONAL, INC. and DOES 1 through 30,<br><br>Defendants. | Case No.: 5:14-cv-02638-ODW (KKx)<br>*[Assigned to the Hon. Otis D. Wright, II]*<br><br>**ORDER TO REMAND REMOVED ACTION** |

**ORDER**

On January 12, 2015, Plaintiff HAROLD L. COLLINS and removing defendants ALLIANCE SECURITY, INC., AH SECURITY, INC., JASJIT GOTRA, LEON SHACKLEFORD, JAKE MURRAY, BRIAN FABIONA, and RYAN JAY

1  NEWCOMER ("Removing Defendants") filed a Stipulation to Remand Removed Action.
2  The Court having reviewed that Stipulation and good cause appearing, orders as follows:
3       1.    The Stipulation is approved;
4       2.    The United States District Court for the Central District of California
5  Case Number 5:14-cv-0268-ODW (KKx), entitled *HAROLD L. COLLINS v. ALLIANCE*
6  *SECURITY, INC. et al,* is hereby remanded to Riverside County Superior Court.

Dated: January 13, 2015    _____
                                     Hon. Otis D. Wright II
                                     United States District Judge,
                                     Central District of California

# CERTIFICATE OF SERVICE
[CCP, 1010.6, 1011, 1013, 1013a, 2015.5; CRC rule 2.260, 2.306 - Revised 07/01/2011]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Ave., Suite 2800, Los Angeles, California 90071

On **January 13, 2015**, I served the foregoing document described as: **[PROPOSED] ORDER TO REMAND REMOVED ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

> HAROLD L. COLLINS, SBN:68181
> ATTORNEY AT LAW
> 42890 Avenida Perris
> Murrieta, Ca 92562
> Telephone (951)237-1560
> **(IN PRO PER)**

☐ *(BY MAIL)*  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices.  I am ready familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, which sent notification of that filing to the persona listed above.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 13, 2015**, Los Angeles, California.

_____
Diana Larenas